**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ACCESS FOR THE DISABLED, INC.,**
**et al.,**

     **Plaintiffs,**

**v.**                    **Case No.  8:05-cv-1310-T-30MAP**

**JACKSON HEWITT INVESTMENT**
**SERVICES, INC.,**

     **Defendant.**
_____/

**<u>ORDER</u>**

THIS CAUSE comes before the Court upon the  Joint Motion for Approval and Entry of Stipulation for Settlement and Request for Determination of Reasonable Attorney's Fees to Be Paid to Plaintiff's Counsel (Dkt. #22-1) of the parties and the attached Stipulation for Settlement (Dkt. #22-2).  The Court, having considered the motion and stipulation for settlement filed by the parties, and being otherwise advised of the premises, finds that the motion should be granted in part and denied in part.

It is therefore **ORDERED AND ADJUDGED** that:

1.     The Joint Motion for Approval and Entry of Stipulation for Settlement and Request for Determination of Reasonable Attorney's Fees to Be Paid to Plaintiff's Counsel (Dkt. #22-1) is GRANTED IN PART AND DENIED IN PART.

2.     The Stipulation for Settlement (Dkt. #22-2) is approved.

3.     Plaintiff's attorney must submit, within thirty (30) days of the date of this order, a Motion for Attorney's Fees and Costs with supporting affidavits for approval by this Court together with any agreement between the parties as to amount.

4.     This Court reserves jurisdiction over this matter to determine the reasonableness of Plaintiff's attorney's fees and costs.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1310.order approving settlement.frm